UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| P. DALE DESKINS,<br><br>                Plaintiff,<br><br>v.<br><br>ASSOCIATED CREDIT SERVICES, INC.; ERIC M. SOLBERG; JON M. SOLBERG; DAVID M. SOLBERG; and PAUL J. WASSON,<br><br>                Defendants. | No. CV-08-049-LRS<br><br>ORDER TO PROCEED<br>*IN FORMA PAUPERIS* |

Plaintiff, seeks to file *in forma pauperis* a pro se Complaint. Because it appears Plaintiff lacks sufficient funds to prosecute this action, the District Court Executive shall file the Complaint without payment of the filing fee.

In addition, the District Court Executive shall set a case management review for thirty days, and immediately notify the assigned judicial officer, who will review the Complaint for legal sufficiency and determine whether to direct service.

**IT IS SO ORDERED.**

DATED February 1, 2008.

                                        S/ CYNTHIA IMBROGNO
                              UNITED STATES MAGISTRATE JUDGE

ORDER TO PROCEED *IN FORMA PAUPERIS* - 1