UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

P. DALE DESKINS, )
)
          Plaintiff, )
)
vs. )
)
ASSOCIATED CREDIT SERVICES,)
INC., et al., )
)
          Defendants. )

No. CV-08-049-LRS

**ORDER DIRECTING SERVICE**

      The *pro se* Plaintiff, proceeding *in forma pauperis*, has filed a complaint against the Defendants alleging causes of action under the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692 et seq., the Fair Credit Reporting Act (FCRA), 15 U.S.C. §1681 et seq., Washington's Collection Agency Act (WCAA), RCW 19.16, and Washington's Consumer Protection Act (WCPA), RCW 19.86. Jurisdiction and venue appearing proper, and the allegations of the complaint appearing legally sufficient, the Plaintiff is directed to serve the complaint in compliance with the requirements of Fed. R. Civ. P. 4. Plaintiff is responsible for effecting service within 120 days of the filing of the complaint. Fed. R. Civ. P. 4(m).

      **IT IS SO ORDERED**. The District Court Executive is directed to enter this order and forward a copy to the Plaintiff.

      **DATED** this  6th   day of February, 2008.

                            *s/Lonny R. Suko*
                            LONNY R. SUKO
                          United States District Judge

**ORDER DIRECTING SERVICE- 1**