

# United States District Court

**Eastern District of Washington**
Office of the Clerk

**JAMES R. LARSEN**
District Court Executive/Clerk of Court

April 3, 2008

P Dale Deskins
12128 N Division, Apt 136
Spokane, WA 99218

Re: *Deskins v. Associated Credit Services, et al*
    *CV-08-49-LRS*

Dear Ms. Deskins:

Pursuant to the Second Order Directing Service dated March 3, 2008, the United States Marshals were directed to serve each Defendant on your behalf in the above captioned civil action. Proof of service for the following Defendant's was received by return receipt mail from Jon M. Solberg, Associated Credit Services, Inc. and Eric M. Solberg within the 30-day response deadline pursuant to Rule 4 of Civil Procedures.

Enclosed are Summons and Marshal 285 forms for the unresponsive Defendant's, David M. Solberg and Paul J. Wasson. Before we can proceed with personal service upon the two Defendants however, you must provide the Clerk's office with all necessary information to effectuate service. The service packet should include a copy of the Order Directing Service, Complaint, Summons and Marshal 285 form for each Defendant. Please be accurate when providing the service address. Once this information is received in this office, we will forward it to the Marshal's office for their immediate attention.

Sincerely,

United States District Court Clerk's Office