FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 29 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

P. DALE DESKINS,

          Plaintiff,

vs.

ASSOCIATED CREDIT SERVICES, INC., et al.

          Defendants.

Case No. CV-08-049LRS

**MOTION FOR DEFAULT AS TO DEFENDANTS JOHN M. SOLBERG, ET UX., ERIC M. SOLBERG, ET UX., AND ASSOCIATED CREDIT SERVICES, INC., A WASHINGTON CORPORATION**

COMES NOW plaintiff P. Dale Deskins, hereinafter at all times plaintiff, who respectfully moves this Court for an entry of an Order for Default and Default Judgment, pursuant to CR 55 (a). This Motion is based on the records and files herein, and the Affidavit of Plaintiff filed herein.

This Motion is brought as a result of the Defendants (Jon M. Solberg and Jane Doe Solberg, husband and wife and their marital community; Associated Credit Services by and through its Registered Agent Eric Solberg, and Eric M. Solberg and Jane Doe Solberg, husband and wife and their marital community), having been served with a Summons and Complaint more than twenty (20) days ago, during which time none of the referenced Defendants who have

MOTION FOR DEFAULT JUDGMENT - 1

P. Dale Deskins
12128 N. Division, #136
Spokane, WA 99218

1  been served have Appeared or Answered.

2        As of the date of this Motion, none of Defendants named who have been served have

3  responded to any of the allegations set forth in plaintiff's Complaint. This Motion for Default

4  and Default Judgment is premised upon the Declaration of P. Dale Deskins, in addition to the

5  Summons, Complaint, and Return of Service documents filed by the U.S. Marshals Service with

6  this Court as to the named Defendants. Venue for this action lies in United States District Court,

   Eastern District of Washington as this situs of those events that resulted in the injuries sustained

7  by plaintiff.

8        Defendants are not members of the military service and therefore not subject to the

9  Soldier and Sailors Relief Act of 1941.

10       The amount in controversy is a sum certain contained in Plaintiff's Prayer for Relief at

11 $1,000 for each violation as enumerated below; reasonable damages for emotional distress and

12 mental anguish which plaintiff maintains is $37,000, plus treble damages under the Washington

13 State Consumer Protection Act. Plaintiff also requests costs for photocopying the numerous

14 copies required in this action, costs allowed pursuant to statutory causes of action giving rise to

15 this dispute.

16       Specifically, the following amounts are due and owing to Plaintiff by Defendants,

17 tracking Plaintiff's Complaint filed herein;

18 1.     Three (3) Phone calls to Plaintiff at Plaintiff's Workplace,
        after Defendants' Receipt of a Cease and Desist Directive

19         from Plaintiff. (@ $1,000 for each violation)              **$3,000.00**
        (15 USC Sec. 1692c(a)(1) and other WA state laws)

20         (15 USC Sec. 1692c(a)(3) and other WA state laws)
        (15 USC Sec. 1692c(b) and other state laws)

21         (15 USC Sec. 1692d(5), 15 USC 1691, et. seq. and other state laws)

22

23 2.     Erroneous Filing of Lawsuit Against Plaintiff in Spokane
        County, Which was Improper Jurisdiction (@ $1,000 for

24         each violation)                               **$1,000.00**
        (15 USC Sec. 1692i(a)(2)(A&B and other state laws)

25

MOTION FOR DEFAULT JUDGMENT - 2                  P. Dale Deskins
                                            12128 N. Division, #136
                                            Spokane, WA  99218

1    (15 USC Sec. 1692e(2)(A) and other state laws)

2    3.    Contacting Plaintiff Personally by Walking Into Plaintiff's
     Workplace on Two Occasions, After Defendant's Receipt of
3    a Cease and Desist Directive from Plaintiff.  (@ $1,000 for
4    each violation)                                                      **$2,000.00**
     (15 USC Sec. 1692c(a)(1) and other WA state laws)
5    (15 USC Sec. 1692c(a)(3) and other WA state laws)
6    (15 USC Sec. 1692c(b) and other state laws)
     (15 USC Sec. 1692d(5), 15 USC 1691, et. seq. and other state laws)
7

8    4.    Leaving 3 Phone Messages With Plaintiff's Employer, a 3rd
     Party, After Defendant's Receipt of a Cease and Desist Directive
9    from Plaintiff.  (@ $1,000 for each violation)
     (15 USC Sec. 1692c(b)                                                **$3,000.00**
10   (15 USC Sec. 1692c(a)(1) and other WA state laws)
11   (15 USC Sec. 1692c(a)(3) and other WA state laws)
     (15 USC Sec. 1692c(b) and other state laws)
12   (15 USC Sec. 1692d(5), 15 USC 1691, et. seq. and other state laws)

13   5.    Causing Humiliation, Embarassment, Harassment and
14   Oppression of Plaintiff's at her Workplace to Coerce
     Payment of an Alleged Debt by Leaving Repeated
15   Phone Messages and Making Repeated Phone Calls to
     Plaintiff at Plaintiff's Workplace after Defendants Received
16   More than One Cease and Desist Directive from
17   Plaintiff (5 contacts) (@ $1,000 for each violation)
     (15 USC Sec. 1692d, 15 USC Sec. 1691, et seq. and other state laws)    **$5,000.00**
18

19   6.    False Reporting of Plaintiff's Alleged Debt to
     Credit Bureaus as "Unpaid", Rather than as "Disputed", at least 1 time
20   that is known, therefore making false statement about Character, or
     Legal Status of Alleged Debt, Thereby Invading Plaintiff's
21   Privacy and Defamation to Plaintiff's Credit Standing
22   and/or Creditworthiness, Injuring Plaintiff (@$1,000 for each
     violation)                                                           **$1,000.00**
23   (15 USC Sec. 1681, et sq. and 1692e, and other state laws)

24   7.    Violation of Plaintiff's Right to Privacy by Having

25

MOTION FOR DEFAULT JUDGMENT - 3                         P. Dale Deskins
                                                        12128 N. Division, #136
                                                        Spokane, WA  99218

| | | |
|---|---|---|
| 1 | No Meaningful Involvement in Case by Attorney for | |
| 2 | Plaintiff at Least One Time (@$1,000 for each violation)<br>(15 USC Sec. 1692(e))(9) and (10) and other state laws) | **$1,000.00** |
| 3 | | |
| 4 | 8. Failing to State in Every Personally-drafted Communication<br>and Telephone Call to Plaintiff That it was made by a | |
| 5 | Debt Collector, and Failure to Include Pertinent Debt Collector<br>Language ("mini-Miranda warning"). (@$1,000 for each violation) | |
| 6 | Violation of 15 U.S.C. Section 1692(e)(11) | **$2,000.00** |
| 7 | 9. Plaintiff's Suffering of Mental Anguish and Emotional | **$37,000.00,** |
| 8 | Distress as a Proximate Cause of Defendants' Repeated<br>Abuse and Oppressive Illegal Contacts with Her at her Place | **or as Court**<br>**Deems Fair** |
| 9 | of Work, etc., Resulting in Loss of Reputation, Loss of Sleep, Loss | **& Equitable** |
| 10 | of Appetite, Anxiety, Compromised Workplace Performance,<br>Depression, Loss of Time and Income, Withdrawal from Social | |
| 11 | Interactions, and other emotional and mental distress. Plaintiff,<br>a single woman with a single source of income, reasonably | |
| 12 | believed after each of these illegal acts that she was placed in a<br>false light with plaintiff's law firm employer by Continual | |
| 13 | Interference with plaintiff's businessrelationship with her | |
| 14 | lawyer where she is a paralegal/bookkeeper. Defendant's<br>Repeated Contacts Jeopardized Plaintiff's Employment and | |
| 15 | Angered Plaintiff's Employer. (Reasonable Amount of Damages) | |
| 16 | | **$  54,000.00** |
| 16 | 10. Treble Damages Under RCW 19.86.090, et seq., | |
| 17 | for Violation of RCW 19.16.250 for Commission of<br>Act or Practice Prohibited by RCW 19.16.250 | |
| 18 | | |
| 19 | **AMOUNT OF DAMAGES TREBLED**        **$162,000.00** | |
| 20 | 11. Entry of Permanent Injunction Prohibiting Defendants, and | |
| 21 | Each of Them, and/or Defendant's Agents or Assigns,<br>from hereafter legally seeking to Collect | |
| 22 | on Its Alleged Claim from Ever being Allowed to Recover<br>Any Interest, Service Charge, Attorneys' Fees, Collection | |
| 23 | Costs, Delinquency Charge, or any other Fees or Charges | |
| 24 | Pursuant to RCW 19.16.250 | 00.00 |
| 25 | | |

MOTION FOR DEFAULT JUDGMENT - 4

P. Dale Deskins
12128 N. Division, #136
Spokane, WA  99218

Allowed court costs for all photocopies:                                    $    10.00

## TOTAL AMOUNT OF DAMAGES, OR
## AS COURT DEEMS JUST & EQUITABLE:     $ 162,010.00

Plaintiff prays for the Relief and Damages specified in her Complaint filed in this action for the violations enumerated above, plus post-judgment interest, as allowed under the laws of the State of Washington.

Respectfully Submitted this 29th day of April, 2008.

_____
P. Dale Deskins, Plaintiff Pro Se

## CERTIFICATION OF SERVICE

As the named Defendants have neither appeared nor answered, Plaintiff is not required to serve the Defendants or give notice to them of Plaintiff's Motion for Default under CR 55 of the Federal Rules for Civil Procedure.

_____
P. Dale Deskins, Plaintiff Pro Se

MOTION FOR DEFAULT JUDGMENT - 5

P. Dale Deskins
12128 N. Division, #136
Spokane, WA  99218