FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 29 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| P. DALE DESKINS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ASSOCIATED CREDIT SERVICES, INC., et al.<br><br>　　　　　　Defendants. | Case No. CV-08-049LRS<br><br>**AFFIDAVIT OF PLAINTIFF IN SUPPORT OF MOTION FOR DEFAULT AS TO DEFENDANTS JOHN M. SOLBERG, ET UX., ERIC M. SOLBERG, ET UX., AND ASSOCIATED CREDIT SERVICES, INC., A WASHINGTON CORPORATION** |

STATE OF WASHINGTON )
　　　　　　　　　　　　) ss.
COUNTY OF SPOKANE　 )

　　　P. Dale Deskins, Plaintiff herein, being first duly sworn upon oath deposes and states as follows, under penalty of perjury,

1. I am over the age of eighteen (18) and competent to testify to those matters contained herein, and that I am the plaintiff in this matter;

2. I am not in the U.S. military;

3. Defendants Eric Solberg, et ux., Jon Solberg, et ux., and Associated Credit Services,

AFFIDAVIT - 1　　　　　　　　　　　　　　　　　　　　　　　　P. Dale Deskins
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　12128 N. Division, #136
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Spokane, WA 99218

Case 2:08-cv-00049-LRS    Document 13    Filed 04/29/2008

Inc. reside or do business in Washington State, and therefore personal jurisdiction and venue are proper in United States District Court, Eastern District of Washington for violations under the Fair Debt Collections Practice Act, and other laws and statutes referenced in plaintiff's complaint herein.

4. Defendants have been served by the U.S. Marshal, as shown in attached Exhibits A, B and C, and have not Appeared nor filed any Answer to the allegations in plaintiff's complaint in this matter, and over twenty (20) days have elapsed since the dates of service on Defendants.

5. Attached is a true and accurate copy of the accounting compiled by plaintiff in this matter containing plaintiff's reasonable damages, as well as the statutory damages for various violations under federal and state laws by Defendants.

6. Plaintiff has incurred costs for photocopying of $10.00.

This Affidavit is freely given on this 29th day of April, 2008.

_P. Dale Deskins_ (signature)
P. Dale Deskins, Plaintiff Pro Se

STATE OF WASHINGTON )
                    ) ss.
COUNTY OF SPOKANE   )

On _P. DALE DESKINS_ before me, personally appeared P. Dale Deskins, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**I certify under PENALTY OF PERJURY under the laws of the State of Washington that the foregoing paragraph is true and correct.**

AFFIDAVIT - 2

P. Dale Deskins
12128 N. Division, #136
Spokane, WA 99218

1  WITNESS my hand and official seal.

       *[Signature: Jamie J Laughlin]*
       Printed Name: JAMIE J LAUGHLIN
       NOTARY PUBLIC in and for the State
       of Washington, Residing at SPOKANE.
       My Commission Expires: 01-01-09.

*[Notary seal: JAMIE J LAUGHLIN, COMMISSION EXPIRES JAN. 01, 2009, NOTARY PUBLIC, STATE OF WASHINGTON]*

AFFIDAVIT - 3                                          P. Dale Deskins
                                                       12128 N. Division, #136
                                                       Spokane, WA  99218

# EXHIBIT A

EXHIBIT A

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: P. DALE DESKINS | COURT CASE NUMBER: CV-08-049 LRS |
| DEFENDANT: ASSOCIATED CREDIT SERVICE, et al. | TYPE OF PROCESS: ORIGINAL |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JON M. SOLBERG & JANE DOE SOLBERG H&W

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT 4331 MAMER RD., SPOKANE, WA 99206

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

P. DALE DESKINS, PRO SE
12128 N. DIVISION, #136
SPOKANE, WA 99218

- Number of process to be served with this Form - 285: 2 SVC
- Number of parties to be served in this case: 9 TOTAL DEFS
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Residence Address: AFTER 6:00 pm or weekends likely to be home ☒

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF
P. DALE DESKINS, PRO SE
TELEPHONE NUMBER: 276-9873 message
DATE: 2-26-08

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. Total Process: 1  District of Origin No. 085  District to Serve No. 085

I hereby certify and return that I ☒ have legal evidence of service...

Date of Service: 3/10/08

1. **CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

(5)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Jenni Solbrg_ ☑ Agent ☐ Addressee<br>B. Received by (Printed Name): Jenni Solberg   C. Date of Delivery: 3-6-08 |
| 1. Article Addressed to:<br>Jon M Solberg +<br>Jane Doe Solberg<br>4831 M Manver AD.<br>Spokane, WA.<br>99206 | D. Is delivery address different from item 1? ☐ Yes  ☑ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 0710 0002 6327 7111 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



# EXHIBIT B

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 11 2008

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| P. DALE DESKINS | CV-08-049 LRS |
| DEFENDANT | TYPE OF PROCESS |
| ASSOCIATED CREDIT SERVICES, ET. AL. | ORIGINAL |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
➤ ASSOCIATED CREDIT SERVICES, INC.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
C/O ERIC M. SOLBERG, REG. AGENT  12815 E. Sprague #200, Spokane Valley, WA 99016

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

P. DALE DESKINS, PRO SE
12128 N. DIVISION #136
SPOKANE, WA 99218

Number of process to be served with this Form - 285: 1 S+C
Number of parties to be served in this case: 9 total defs
Check for service on U.S.A.: ☐

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

10-5:00 pm, Office Address for Collection Agency
Serve ERIC SOLBERG Personally

message #

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
P. DALE DESKINS, PRO SE
TELEPHONE NUMBER: 276-9873
DATE: 2-26-08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 085  District of Origin No. 085  District to Serve No. 085  Signature of Authorized USMS Deputy or Clerk  Date: 3/4/08

☐ I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 3/10/08  Time: pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)


(8)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Leah Reed_  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): _Leah Reed_   C. Date of Delivery |
| 1. Article Addressed to:<br>Associated Credit Services<br>Eric Solberg<br>12815 E. Sprague #2000<br>Spokane Valley, WA 99016 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 0710 0002 6327 7081 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

(9)

# EXHIBIT C

Case 2:08-cv-00049-LRS    Document 13    Filed 04/29/2008

10

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| P. DALE DESKINS | CV-08-049LRS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ASSOCIATED CREDIT SERVICE et. al. | ORIGINAL |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

➤ ERIC M SOLBERG & JANE DOE SOLBERG, HW

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

23014 WAGON ROAD, COLBERT, WA 99005

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

P. DALE DESKINS, PRO SE
12128 N. DIVISION, #136
SPOKANE, WA 99218

| | |
|---|---|
| Number of process to be served with this Form - 285 | 2 S+C |
| Number of parties to be served in this case | 9 TOTAL DEFS |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Residence Address: AFTER 7:80 P.M.
or weekends
Likely to be Home

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| P DALE DESKINS, PRO-SE | ☒ PLAINTIFF ☐ DEFENDANT | 276-9873 | 2-26-08 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 085 | District to Serve No. 085 | Signature of Authorized USMS Deputy or Clerk | Date 3/4/08 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

Date of Service: 3/10/08   Time: 15 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

**REMARKS:**

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

(11)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Eric Solberg +
   Jane Doe
   28014 Wagon Rd.
   Colbert, WA.
   99005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name): Eric S.
C. Date of Delivery: 3/7/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 0710 0002 6327 7104

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

(12)

# **EXHIBIT D**

Specifically, the following amounts are due and owing to Plaintiff by Defendants, tracking Plaintiff's Complaint filed herein;

1. Three (3) Phone calls to Plaintiff at Plaintiff's Workplace, <u>after Defendants'</u> Receipt of a Cease and Desist Directive from Plaintiff. (@ $1,000 for each violation)  $3,000.00
   (15 USC Sec. 1692c(a)(1) and other WA state laws)
   (15 USC Sec. 1692c(a)(3) and other WA state laws)
   (15 USC Sec. 1692c(b) and other state laws)
   (15 USC Sec. 1692d(5), 15 USC 1691, et. seq. and other state laws)

2. Erroneous Filing of Lawsuit Against Plaintiff in Spokane County, Which was Improper Jurisdiction (@ $1,000 for each violation)  $1,000.00
   (15 USC Sec. 1692i(a)(2)(A&B and other state laws)
   (15 USC Sec. 1692e(2)(A) and other state laws)

3. Contacting Plaintiff Personally by Walking Into Plaintiff's Workplace on Two Occasions, After Defendant's Receipt of a Cease and Desist Directive from Plaintiff. (@ $1,000 for each violation)  $2,000.00
   (15 USC Sec. 1692c(a)(1) and other WA state laws)
   (15 USC Sec. 1692c(a)(3) and other WA state laws)
   (15 USC Sec. 1692c(b) and other state laws)
   (15 USC Sec. 1692d(5), 15 USC 1691, et. seq. and other state laws)

4. Leaving 3 Phone Messages With Plaintiff's Employer, a 3rd Party, After Defendant's Receipt of a Cease and Desist Directive from Plaintiff. (@ $1,000 for each violation)
   (15 USC Sec. 1692c(b))  $3,000.00
   (15 USC Sec. 1692c(a)(1) and other WA state laws)
   (15 USC Sec. 1692c(a)(3) and other WA state laws)
   (15 USC Sec. 1692c(b) and other state laws)
   (15 USC Sec. 1692d(5), 15 USC 1691, et. seq. and other state laws)

5. Causing Humiliation, Embarassment, Harassment and Oppression of Plaintiff's at her Workplace to Coerce Payment of an Alleged Debt by Leaving Repeated Phone Messages and Making Repeated Phone Calls to Plaintiff at Plaintiff's Workplace after Defendants Received More than One Cease and Desist Directive from Plaintiff (5 contacts) (@ $1,000 for each violation)
   (15 USC Sec. 1692d, 15 USC Sec. 1691, et seq. and other state laws)  $5,000.00

6. False Reporting of Plaintiff's Alleged Debt to Credit Bureaus as "Unpaid", Rather than as "Disputed", at least 1 time



|  |  |  |
|---|---|---|
|  | that is known, therefore making false statement about Character, or Legal Status of Alleged Debt, Thereby Invading Plaintiff's Privacy and Defamation to Plaintiff's Credit Standing and/or Creditworthiness, Injuring Plaintiff (@$1,000 for each violation) <br>(15 USC Sec. 1681, et sq. and 1692e, and other state laws) | $1,000.00 |
| 7. | Violation of Plaintiff's Right to Privacy by Having No Meaningful Involvement in Case by Attorney for Plaintiff at Least One Time (@$1,000 for each violation) <br>(15 USC Sec. 1692(e))(9) and (10) and other state laws) | $1,000.00 |
| 8. | Failing to State in Every Personally-drafted Communication and Telephone Call to Plaintiff That it was made by a Debt Collector, and Failure to Include Pertinent Debt Collector Language ("mini-Miranda warning"). (@$1,000 for each violation) Violation of 15 U.S.C. Section 1692(e)(11) | $2,000.00 |
| 9. | Plaintiff's Suffering of Mental Anguish and Emotional Distress as a Proximate Cause of Defendants' Repeated Abuse and Oppressive Illegal Contacts with Her at her Place of Work, etc., Resulting in Loss of Reputation, Loss of Sleep, Loss of Appetite, Anxiety, Compromised Workplace Performance, Depression, Loss of Time and Income, Withdrawal from Social Interactions, and other emotional and mental distress. Plaintiff, a single woman with a single source of income, reasonably believed after each of these illegal acts that she was placed in a false light with plaintiff's law firm employer by Continual Interference with plaintiff's businessrelationship with her lawyer where she is a paralegal/bookkeeper. Defendant's Repeated Contacts Jeopardized Plaintiff's Employment and Angered Plaintiff's Employer. (Reasonable Amount of Damages) | $37,000.00, or as Court Deems Fair &Equitable <br><br> $ 54,000.00 |
| 10. | Treble Damages Under RCW 19.86.090, et seq., for Violation of RCW 19.16.250 for Commission of Act or Practice Prohibited by RCW 19.16.250 <br>**AMOUNT OF DAMAGES TREBLED** | **$162,000.00** |
| 11. | Entry of Permanent Injunction Prohibiting Defendants, and Each of Them, and/or Defendant's Agents or Assigns, from hereafter legally seeking to Collect on Its Alleged Claim from Ever being Allowed to Recover Any Interest, Service Charge, Attorneys' Fees, Collection Costs, Delinquency Charge, or any other Fees or Charges Pursuant to RCW 19.16.250 <br>Allowed court costs for all photocopies: | 00.00 <br>$10.00 |

**TOTAL AMOUNT OF DAMAGES, OR**
**AS COURT DEEMS JUST & EQUITABLE:**    **$162,010.00**
