AO 440 (Rev. 8/01) Summons in a Civil Action

SERVICE COPY

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 30 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __WASHINGTON__

P. DALE DESKINS,

        PLAINTIFF,

V.

ASSOCIATED CREDIT SERVICES, INC.
ERIC M. SOLBERG, et ux; JON M.
SOLBERG, et ux.; DAVID M.
SOLBERG, et ux.; AND PAUL J.
WASSON, et ux.,

        DEFENDANTS.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV-08-049LRS

TO: (Name and address of Defendant)

ALL NAMED DEFENDANTS ABOVE-REFERENCED

08 MAY 27 PM 2:33
EASTERN WASHINGTON
SPOKANE
RECEIVED
UNITED STATES MARSHAL

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

P. DALE DESKINS
12128 N. DIVISION, #136
SPOKANE, WA 99218

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

James R. Larsen

FEB 0 8 2008

CLERK _____  DATE
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 05/29/08 |
| NAME OF SERVER (PRINT) Martin J. Kridler | TITLE CID USM |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where
Just American Desserts parking lot, Spo. Vy. WA.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL $2.45 | SERVICES $15.00 | TOTAL $17.45 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  05/29/08
                 Date

Signature of Server: *Martin Kridler*

Address of Server: P.O. Box 1463, Spokane WA 99210

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| P. DALE DESKINS | CV-08-049LRS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ASSOCIATED CREDIT SERVICE INC | ORIGINAL |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
➤ DAVID M. SOLBERG & JANE DOE SOLBERG H+W

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT 24310 PINEHURST LN, LIBERTY LAKE WA 99019

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

P. DALE DESKINS, PRO SE
12128 N. DIVISION #136
SPOKANE, WA 99218

| Number of process to be served with this Form - 285 | 2 S+C |
| Number of parties to be served in this case | 9 total defs. |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Residence Address - After 6:00 or weekends likely to be Home
GATED?

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
P DALE DESKINS, PRO SE
TELEPHONE NUMBER: 276-9873
DATE: 2-26-08

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| C85 | No. 1 | No. 1 | [signature] | 3/4/08 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | am/pm |
|---|---|---|
| 3/11/08 | | |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

NOTE

PRIOR EDITIONS MAY BE USED — **3. NOTICE OF SERVICE** — FORM USM-285 (Rev. 12/15/80)

3

# UNITED STATES MARSHALS SERVICE
## EASTERN DISTRICT OF WASHINGTON
### Process Cost Worksheet

Case #:  CV-08-049-LRS
Case Caption:  P. Dale Deskins
Person to be served:  David M. SOLBERG
Actual Address:  24310 Pinehurst Ln., Liberty Lake, WA

**REGULAR DUTY HOURS**

| Number of Items | Service Fee | Within 2 hrs or add'l hours | TOTAL |
|---|---|---|---|
| 1 | $45.00 | | $45.00 |
| | $20.00 | | $0.00 |

**OVERTIME SERVICES**

| Number of Items | Service Fee | Within 2 hrs or add'l hours | TOTAL |
|---|---|---|---|
| | $50.00 | | $0.00 |
| | $25.00 | | $0.00 |

(If both regular duty and overtime hours were used, both minium charges should be charged)
REMARKS:

**ADDITIONAL DEPUTIES**

| Number of Items | Service Fee | Reg hours/OT hours | TOTAL |
|---|---|---|---|
| | $20.00 | | $0.00 |
| | $25.00 | | $0.00 |
| | *****Total Process Fees***** | | $45.00 |

**OTHER EXPENSES**

| | | | |
|---|---|---|---|
| Mileage | 7 | .35 | $2.45 |
| Photocopies | | .10 | $0.00 |
| Out of Pocket Expenses | | | |
| | *****Total Other Expenses***** | | $2.45 |

**ADDITIONAL COSTS**

| | | | |
|---|---|---|---|
| Forwarding Fee | | $3.00 | $0.00 |
| Service by Mail | | $3.00 | $0.00 |
| | *****Total Additional Costs***** | | $0.00 |
| | **GRAND TOTAL** | | $47.45 |

Deputy: /s/ Martin J. Kridler
(Print)  Martin J. Kridler

Date:  05-30-2008

AO 440 (Rev. 8/01) Summons in a Civil Action

SERVICE COPY

# UNITED STATES DISTRICT COURT

__EASTERN__  District of  __WASHINGTON__

P. DALE DESKINS,

        PLAINTIFF,

    V.

ASSOCIATED CREDIT SERVICES, INC.
ERIC M. SOLBERG, et ux; JON M.
SOLBERG, et ux.; DAVID M.
SOLBERG, et ux.; AND PAUL J.
WASSON, et ux.,

        DEFENDANTS.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  CV-08-049LRS

*[Filed stamp: 08 MAY 27 PM 2:33, EASTERN WASHINGTON SPOKANE, RECEIVED UNITED STATES MARSHAL]*

TO: (Name and address of Defendant)

ALL NAMED DEFENDANTS ABOVE-REFERENCED

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

P. DALE DESKINS
12128 N. DIVISION, #136
SPOKANE, WA 99218

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

James R. Larsen                      FEB 0 8 2008

CLERK      *[signature]*                       DATE

(By) DEPUTY CLERK

5

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5/28/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| SLAZINIK | Dvsm |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where  12815 E SPRAGUE

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 10.20 | 45.00 | 55.20 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/28/08
Date

Signature of Server

920 W RIVERSIDE
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| P. DALE DESKINS | CV-08-049 LRS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ASSOCIATED CREDIT SERVICE et al | ORIGINAL |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JON M. SOLBERG & JANE DOE SOLBERG, H+W

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
4331 MAMER RD., SPOKANE, WA 99206

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

P. DALE DESKINS, PRO SE
12128 N. DIVISION, #136
SPOKANE, WA 99218

Number of process to be served with this Form 285: 2 s+c
Number of parties to be served in this case: 1 TOTAL DEFS
Check for service on U.S.A.: ☒

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Residence Address: AFTER 6:00 pm or weekends likely to be home

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
P. DALE DESKINS, PRO SE
TELEPHONE NUMBER: 276-9873 message
DATE: 2-26-08

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 085
District to Serve No.: 085
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: [blank]

I hereby certify and return that I ☒ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): 
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
12815 E SPRAGUE
ASSOCIATED CREDIT SERVICES

Date of Service: 5/28/08
Time: 10:50 am
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | 5.10 | 0 | 50.10 | | |

REMARKS: MILEAGE - 10 miles
1 HR - 1 DUSM

**NOTE**

PRIOR EDITIONS MAY BE USED           **3. NOTICE OF SERVICE**           FORM USM-285 (Rev. 12/15/80)

7

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__EASTERN__    District of    __WASHINGTON__

P. DALE DESKINS,

           PLAINTIFF,

V.

ASSOCIATED CREDIT SERVICES, INC.
ERIC M. SOLBERG, et ux; JON M.
SOLBERG, et ux.; DAVID M.
SOLBERG, et ux.; AND PAUL J.
WASSON, et ux.,

           DEFENDANTS.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   CV-08-049LRS

TO: (Name and address of Defendant)

ALL NAMED DEFENDANTS ABOVE-REFERENCED

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

P. DALE DESKINS
12128 N. DIVISION, #136
SPOKANE, WA 99218

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

James R. Larsen                                   FEB 0 8 2008

CLERK

(By) DEPUTY CLERK                                 DATE

8

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 5/28/08 |
| NAME OF SERVER (PRINT) SLAZINIK | TITLE | DuSan |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where   12815 E SPRAGUE

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | 0 | SERVICES | 45.00 | TOTAL | 45.00 |
|---|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/28/08
                Date

Signature of Server

920 W RIVERSIDE
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

9

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

**PLAINTIFF:** P. DALE DESKINS
**COURT CASE NUMBER:** CV-08-049LRS

**DEFENDANT:** ASSOCIATED CREDIT SERVICE et al
**TYPE OF PROCESS:** ORIGINAL

**SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:**
ERIC M. SOLBERG + JANE DOE SOLBERG, H/W

**ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code):**
AT 23014 WAGON ROAD, COLBERT WA 99005

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**
P. DALE DESKINS, PRO SE
12128 N. DIVISION, # 136
SPOKANE, WA 99218

Number of process to be served with this Form - 285: (2) S+C
Number of parties to be served in this case: (9) TOTAL DEFS
Check for service on U.S.A.

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Residence Address: AFTER 7:30 pm or weekends likely to be home

**Signature of Attorney or other Originator requesting service on behalf of:** P DALE DESKINS, PRO SE  ☒ PLAINTIFF  ☐ DEFENDANT
**TELEPHONE NUMBER:** 276-9873
**DATE:** 2-26-08

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 08
District to Serve No. 08
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 3/4/08

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 3/10/08
Time: 10:50 am
Signature of U.S. Marshal or Deputy: [signature]

Service Fee: 45.00
Total Mileage Charges (including endeavors): 0
Forwarding Fee: —
Total Charges: 45.00
Advance Deposits:
Amount owed to U.S. Marshal or Amount of Refund:

**REMARKS:**

**NOTE**

**PRIOR EDITIONS MAY BE USED**                 **3. NOTICE OF SERVICE**                 **FORM USM-285 (Rev. 12/15/80)**

10

AO 440 (Rev. 8/01) Summons in a Civil Action — SERVICE COPY

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __WASHINGTON__

P. DALE DESKINS,

        PLAINTIFF,

    V.

ASSOCIATED CREDIT SERVICES, INC.
ERIC M. SOLBERG, et ux; JON M.
SOLBERG, et ux.; DAVID M.
SOLBERG, et ux.; AND PAUL J.
WASSON, et ux.,

        DEFENDANTS.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV-08-049LRS

08 MAY 27 PM 2:33
EASTERN WASHINGTON
SPOKANE
UNITED STATES MARSHAL

TO: (Name and address of Defendant)

ALL NAMED DEFENDANTS ABOVE-REFERENCED

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

P. DALE DESKINS
12128 N. DIVISION, #136
SPOKANE, WA 99218

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

James R. Larsen          FEB 0 8 2008

CLERK _/s/ Steve J. Perry_      DATE

(By) DEPUTY CLERK

11

◎AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 5/28/08 |
| NAME OF SERVER *(PRINT)* SLAZINIK | TITLE  Pusan |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where   12815 E SPRAGUE

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were  _____

☐ Returned  _____

☐ Other (specify):  _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 45.00 | 45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/28/08
           Date

           *Signature of Server*

           920 W RIVERSIDE
           *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| P. Dale Deskins | CV-08-049 LRS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Associated Credit Services, et al. | S+C |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Associated Credit Services, Inc

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

c/o Eric M. Solberg, R.G. Agent  12815 E. Sprague #200, Spokane Valley, WA 99016

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

P. Dale Deskins, Pro Se
12128 N. Division #136
Spokane, WA 99218

- Number of process to be served with this Form-285: 1 S+C
- Number of parties to be served in this case: 9 total
- Check for service on U.S.A.: (X)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

10-5:00 pm, Office Address for Collection Agency
Serve Eric Solberg personally

Signature of Attorney or other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
P. Dale Deskins, Pro Se
TELEPHONE NUMBER: 276-9873
DATE: 2-26-08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. — Total Process: 1 — District of Origin No. 08 — District to Serve No. 08 — Signature of Authorized USMS Deputy or Clerk — Date: 3/4/08

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Eric Solberg

Date of Service: 5/28/08  Time: 10:50 am

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | 0 | 0 | 45.00 | | |

REMARKS:

PRIOR EDITIONS MAY BE USED — **3. NOTICE OF SERVICE** — FORM USM-285 (Rev. 12/15/80)

13