UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| P. DALE DESKINS, ) | |
| ) | No. CV-08-049-LRS |
| Plaintiff, ) | |
| ) | **ORDER DIRECTING** |
| vs. ) | **SERVICE ON DEFENDANT** |
| ) | **WASSON** |
| ASSOCIATED CREDIT SERVICES,) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

It appears personal service upon all of the Defendants, with the exception of Defendant Paul J. Wasson, has been accomplished by the U.S. Marshal Service. (Ct. Rec. 26 and 27).[1]  The unexecuted return of service for Wasson (Ct. Rec. 27)indicates there were two unsuccessful attempts of personal service at a residential address on May 29 and 30,and one unsuccessful attempt at a place of business on May 30.  Apparently, at the place of business, the U.S. Marshal Service was advised that Wasson was out of town, but would be returning on June 2.

///

---

[1] With the exception of Wasson, counsel has appeared on behalf of all of the other named Defendants and has filed an answer on their behalf "without waiving any objections, rights and defenses relating to jurisdiction and process." (Ct. Rec. 24).

**ORDER DIRECTING SERVICE
ON DEFENDANT WASSON-        1**

1    Accordingly, the court hereby **DIRECTS** the U.S. Marshal Service to make another attempt of personal service on Wasson at either his residence or his place of business.  Wasson must be personally served, unless it is possible to leave a copy of the summons and complaint at the house of his usual abode with some person of suitable age and discretion then resident therein.  RCW 4.28.080(15) and Fed. R. Civ. P. 4(e)(2)(A) and (B).  Thus, unless Defendant is served personally at his place of business, the summons and complaint cannot be left with someone else there because the place of his business does not qualify as "the house of his usual abode."

   If personal service cannot be accomplished upon Wasson as set forth above, the court will consider alternative means of service as authorized by law. Furthermore, at an appropriate time, all of the Defendants will be required to show cause why they should not be ordered to pay the costs of service incurred by the United States Marshal for their failure to waive service of summons as initially requested by the United States Marshal.

   **IT IS SO ORDERED**.  The District Court Executive is directed to enter this order and forward a copy to the Plaintiff, counsel of record, and to the United States Marshal Service for the Eastern District of Washington.

   **DATED** this  11th   day of June, 2008.

                    *s/Lonny R. Suko*
                    LONNY R. SUKO
                    United States District Judge

**ORDER DIRECTING SERVICE
ON DEFENDANT WASSON-         2**