# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| P. DALE DESKINS,,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ASSOCIATED CREDIT SERVICES, INC.,<br>et al.,<br><br>　　　　　Defendants. | NO.  CV-08-049-LRS<br><br>NOTICE OF APPEARANCE |

TO:   ASSOCIATED CREDIT SERVICES, INC.; and
TO:   ERIC SOLBERG; AND
TO:   JON M. SOLBERG; AND
TO:   DAVID M. SOLBERG; AND
TO:   JEFFREY HASSON, your attorney.

YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE that ROBERT MITCHELL hereby enters his appearance in the above-entitled action as attorney for the Plaintiff, P. DALE DESKINS, and requests that notice of all further proceedings, in said action be served upon the undersigned attorney at his address below stated.

DATED this 20th day of AUGUST, 2008.

　　　　　　　　　　　　　　　DEFENDANT'S COUNSEL

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　ROBERT W. MITCHELL, WSBA #37444
　　　　　　　　　　　　　　　901 N. Monroe, Ste 356
　　　　　　　　　　　　　　　Spokane, WA  99201
　　　　　　　　　　　　　　　(509) 327-2224     Fax (509) 327-3374

ROBERT W. MITCHELL
901 N. Monroe, Ste 356
Spokane, WA  99201
(509) 327-2224

# CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2008, I electronically filed the foregoing (Notice of Appearance); with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following Defendants:

**ASSOCIATED CREDIT SERVICES, INC.**; **ERIC SOLBERG**; **JON M. SOLBERG**; and **DAVID M. SOLBERG**; through their attorney: **JEFFREY HASSON** at: 12707 N.E. Halsey Street, Portland, Oregon, 97230, Hasson@dhlaw.biz

Dated this 20th day of August, 2008.

Respectfully submitted,


S/ Robert Mitchell
ROBERT MITCHELL (WSBN 37444)
ATTORNEY AT LAW, PLLC
901 North Monroe Street, Ste 356
Spokane, Washington 99201
Telephone: (509) 327-2224
Facsimile: (509) 327-3374
E-mail: bobmitchellaw@yahoo.com