Law Office of J. Gregory Lockwood, PLLC
522 W. Riverside, Ste. 420
Spokane WA 99201
Telephone: (509) 624-8200
Facsimile: (509) 623-1491
Attorney for Defendant Paul Wasson

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| P. DALE DESKINS, <br><br> Plaintiff, <br><br> vs. <br><br> ASSOCIATED CREDIT SERVICES, INC., A WASHINGTON CORPORATION; ERIC SOLBERG, ET UX., INDIVIDUALLY AND HIS MARITAL COMMUNITY, AND AS AN OFFICER OF ASSOCIATED CREDIT SERVICES, INC., A WASHINGTON CORPORATION; JON M. SOLBERG, ET UX., INDIVIDUALLY AND HIS MARITAL COMMUNITY, AND AS AN OFFICER OF ASSOCIATED CREDIT SERVICES, INC., A WASHINGTON CORPORATION; DAVID M. SOLBERG, ET UX., INDIVIDUALLY AND HIS MARITAL COMMUNITY, AND AS AN OFFICER OF ASSOCIATED CREDIT SERVICES, INC., A WASHINGTON CORPORATION; AND PAUL J. WASSON, , ET UX., INDIVIDUALLY | Case No.: **C08-049-LRS** <br><br> ANSWER AND AFFIRMATIVE DEFENSES FOR DEFENDANT PAUL WASSON |

ANSWER AND AFFIRMATIVE DEFENSES FOR DEFENDANT PAUL WASSON - 1

AND HIS MARITAL COMMUNITY,
AND AS AN ATTORNEY, OWNER,
AND/OR OFFICER OF ASSOCIATED
CREDIT SERVICES, INC., A
WASHINGTON CORPORATION;
  Defendants.

COMES NOW Defendant Paul Wasson without waiving any objections, rights, and defenses relating to jurisdiction and process, hereby answers Plaintiff's complaint as follows:

## I. ANSWER

1.1   Defendant Paul Wasson admits this is an action for damages and remedies against the defendant pursuant to the named statutes, and denies liability, and denies the remaining allegations contained in Paragraph 1 of Plaintiff's Complaint.

1.2   Defendant Paul Wasson admits this Court has jurisdiction over claims under the Fair Debt Collection Practices Act, 15 USC § 1692 et seq. (FDCPA), and Fair Credit Reporting Acty, 15 USC § 1681 et seq. (FCRA), and that this court could accept supplemental jurisdiction on claims under the Washington Consumer Protection Act, RCW 19.86 et seq. (WCPA), and the Washington Collection Agency Act, RCW 19.16 et seq. (WCAA), but denies liability under the same, and, by that reason there is no subject matter jurisdiction,

ANSWER AND AFFIRMATIVE DEFENSES FOR
DEFENDANT PAUL WASSON - 2

and, therefore, denies the remaining allegations contained in Paragraph 2 of Plaintiff's Complaint.

  1.3 Defendant Paul Wasson admits plaintiff resides within the jurisdiction of this Court, and that venue is proper in this District, and denies the remaining allegations contained in Paragraph 3 of Plaintiff's Complaint.

  1.4 Defendant Paul Wasson admits the allegations contained in Paragraph 4 of Plaintiff's Complaint.

  1.5 Defendant Paul Wasson is without specific knowledge to admit or deny who the officers of Associated Credit Services are and admits Associated Credit Services has transacted business in this District, and denies the remaining allegations contained in Paragraph 5 of Plaintiff's Complaint.

  1.6 Defendant Paul Wasson admits he is an attorney for Associated Credit Services, and that he resides in this District, and that he has transacted business on behalf of Associated Credit Service in this District, and denies the remaining allegations contained in Paragraph 6 of Plaintiff's Complaint.

  1.7 Defendant Paul Wasson denies he is a debit collector as defined by cited statutes and lacks sufficient information to admit or deny as to the allegations made against remaining defendants in Paragraph 7 of Plaintiff's Complaint.

  1.8 Defendant Paul Wasson admits a version of the FDCPA became

effective in 1978, and denies the remaining allegations contained in Paragraph 8 of Plaintiff's Complaint.

1.9 Defendant Paul Wasson admits the term "consumer" is defined at 15 USC § 1692a(5), and denies the remaining allegations contained in Paragraph 9 of Plaintiff's Complaint.

1.10 Defendant Paul Wasson lacks sufficient information to admit or deny the allegations made in Paragraph 10 of Plaintiff's Complaint, and, therefore, denies the same.

1.11 Defendant Paul Wasson denies the allegations made in Paragraph 11 of Plaintiff's Complaint.

1.12 Defendant Paul Wasson denies the allegations made in Paragraph 12 of Plaintiff's Complaint.

1.13 Defendant Paul Wasson denies the allegations made in Paragraph 13 of Plaintiff's Complaint.

1.14 Defendant Paul Wasson denies the allegations made in Paragraph 14 of Plaintiff's Complaint.

1.15 Defendant Paul Wasson denies the allegations made in Paragraph 15 of Plaintiff's Complaint.

1.16 Defendant Paul Wasson denies the allegations made in Paragraph 16

ANSWER AND AFFIRMATIVE DEFENSES FOR
DEFENDANT PAUL WASSON - 4

of Plaintiff's Complaint.

1.17   Defendant Paul Wasson denies the allegations made in Paragraph 17 of Plaintiff's Complaint.

1.18   Defendant Paul Wasson denies the allegations made in Paragraph 18 of Plaintiff's Complaint.

1.19   Defendant Paul Wasson denies the allegations made in Paragraph 19 of Plaintiff's Complaint.

1.20   Defendant Paul Wasson denies the allegations made in Paragraph 20 of Plaintiff's Complaint.

1.21   Defendant Paul Wasson denies the allegations made in Paragraph 21 of Plaintiff's Complaint.

1.22   Defendant Paul Wasson denies the allegations made in Paragraph 22 of Plaintiff's Complaint.

1.23   Defendant Paul Wasson denies the allegations made in Paragraph 24 of Plaintiff's Complaint.

1.24   Defendant Paul Wasson denies the allegations made in Paragraph 25 of Plaintiff's Complaint.

1.25   Defendant Paul Wasson denies the allegations made in Paragraph 26 of Plaintiff's Complaint.

ANSWER AND AFFIRMATIVE DEFENSES FOR
DEFENDANT PAUL WASSON - 5

1.26    Defendant Paul Wasson denies the allegations made in Paragraph 25 of Plaintiff's Complaint.

1.27    Defendant Paul Wasson denies the allegations made in Paragraph 26 of Plaintiff's Complaint.

1.28    Defendant Paul Wasson denies the allegations made in Paragraph 27 of Plaintiff's Complaint.

1.29    Defendant Paul Wasson denies the allegations made in Paragraph 28 of Plaintiff's Complaint.

1.30    Defendant Paul Wasson denies the allegations made in Paragraph 29 of Plaintiff's Complaint.

1.31    Defendant Paul Wasson denies the allegations made in Paragraph 30 of Plaintiff's Complaint.

1.32    Defendant Paul Wasson denies the allegations made in Paragraph 31 of Plaintiff's Complaint.

1.33    Defendant Paul Wasson denies the allegations made in Paragraph 32 of Plaintiff's Complaint.

1.34    Defendant Paul Wasson denies the allegations made in Paragraph 33 of Plaintiff's Complaint.

1.35    Defendant Paul Wasson denies the allegations made in Paragraph 34

of Plaintiff's Complaint.

1.36   Defendant Paul Wasson denies the allegations made in Paragraph 35 of Plaintiff's Complaint.

1.37   Defendant Paul Wasson denies the allegations made in Paragraph 36 of Plaintiff's Complaint.

1.38   Defendant Paul Wasson denies the allegations made in Paragraph 37 of Plaintiff's Complaint.

1.39   Defendant Paul Wasson denies the allegations made in Paragraph 38 of Plaintiff's Complaint.

1.40   Defendant Paul Wasson denies the allegations made in Paragraph 39 of Plaintiff's Complaint.

1.41   Except as so admitted, Defendant Paul Wasson denies each and every allegation in Plaintiff's Complaint.

## II. AFFIRMATIVE DEFENSES

Having answered Plaintiff's complaint, Defendant Paul Wasson alleges the following affirmative defenses.

2.1.   **Failure to State Claims**.

2.2.   **Lack of Personal Jurisdiction**.

2.3.   **Lack of Subject Matter Jurisdiction**.

ANSWER AND AFFIRMATIVE DEFENSES FOR
DEFENDANT PAUL WASSON - 7

2.4. **Statute of Limitations**.

2.5. **Claim Preclusion.**

2.6. **Issue Preclusion.**

2.7. **Bonafide Error.**

## III. PRAYER

Wherefore, having fully answered Plaintiff's complaint, having interposed affirmative defenses, Defendant Paul Wasson prays for the following relief:

3.1. Dismissal of the Action with prejudice, and with costs and attorney fees to Defendant.

3.2. For such other and further relief as may be provided by law.

Dated November 12, 2008.

                LAW OFFICE OF
                J. GREGORY LOCKWOOD, P.L.L.C.

                /s/ *J. Gregory Lockwood*
                J. GREGORY LOCKWOOD, WSBA 20629
                Attorney for Defendant WASSON
                Law Office of J. Gregory Lockwood
                522 West Riverside, Suite 420
                Spokane, WA 99201
                Phone: 509.624.8200
                Fax: 509. 623.1491
                jgregorylockwood@hotmail.com

## CERTIFICATE OF SERVICE

I, J. GREGORY LOCKWOOD, hereby certify that on November 12, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: _____, and I hereby certify that I have mailed by United State Postal Service the document to the following non-CM/ECF participants: P. Dale Deskins, 12128 North Division, #136, Spokane, WA 99201; Associated Credit Services, ATTN: Eric M. Solberg, Jon M.Solberg, and David M. Solberg, 12815 E. Sprague Spokane, WA 99216.

/s/ *J. Gregory Lockwood*
J. GREGORY LOCKWOOD, WSBA 20629
Attorney for Defendant WASSON
Law Office of J. Gregory Lockwood
522 West Riverside, Suite 420
Spokane, WA 99201
Phone: 509.624.8200
Fax: 509. 623.1491
jgregorylockwood@hotmail.com

ANSWER AND AFFIRMATIVE DEFENSES FOR
DEFENDANT PAUL WASSON - 9