# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| P. DALE DESKINS,<br><br>                            Plaintiff,<br>v.<br><br>ASSOCIATED CREDIT SERVICES, INC., et al.,<br><br>                            Defendant. | Case No.    CV-08-049-LRS<br><br>**CIVIL MINUTES -**<br>**SETTLEMENT CONFERENCE (IN-CHAMBERS)**<br><br>DATE:    JANUARY 8, 2009<br><br>9:50 a.m. - 2:30 p.m.<br><br>LOCATION:  Yakima, WA |

**MAGISTRATE JUDGE**
**JAMES P. HUTTON**

| Alma Gonzalez<br>**Courtroom Deputy** | NA<br>**Law Clerk** | Lynette Walters<br>**Court Reporter** |
|---|---|---|
| Robert Wayne Mitchell<br><br>**Counsel for Plaintiff** | | Jeffrey I. Hasson<br>and<br>John Gregory Lockwood<br><br>**Counsel for Defendants** |

A Settlement Conference was held.

Counsel advised the Court that the parties have reached a settlement resolution in this matter.

The terms of the settlement were placed on the record and acknowledged by the parties.

The file will be administratively closed. The Court will retain continuing jurisdiction.

| **Convened:** 9:50 a.m. | **Adjourned:** 2:30 p.m. | **Time:** 4 Hr(s) / 40 Min. | **Calendared:** | [NA] |
|---|---|---|---|---|