Robert Mitchell (WSBN 37444)
Attorney at Law, PLLC
901 N. Monroe Street, Ste 356
Spokane, WA  99201
Telephone: 509-327-2224
Facsimile: 509-327-3374
Email: bobmitchellaw@yahoo.com

Attorney for Plaintiff, P. DALE DESKINS


# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| P. DALE DESKINS,<br><br>    Plaintiff,<br><br> vs.<br><br>ASSOCIATED CREDIT SERVICES,<br>INC., et al.,<br><br>    Defendants. | NO.  CV-08-049-LRS<br><br>AGREED ORDER OF<br>DISMISSAL |

**COME NOW** the parties and stipulating and agreeing to the entry of this Order of Dismissal, the Plaintiff being represented by her attorney, Robert Mitchell, and the Defendants by their attorneys Jeffrey Hasson and Gregory Lockwood, the parties having stipulated and agreed to the entry of this order NOW, THEREFORE, it is hereby

MOTION AND ORDER OF DISMISSAL   1

**OREDERED, ADJUDGED AND DECREED** that the claims of the Plaintiff shall be and are hereby dismissed with prejudice and without an award of costs or attorney's fees.  It is further

**ORDERED, ADJUDGED AND DECREED** that the claims of the Defendants for or against the Plaintiff and/or its counsel heretofore arising shall be and are hereby dismissed with prejudice and without an award of costs or attorney's fees.

**ENTERED** this _____ day of _____ , 2009.


_____
**Judge**


Presented by:


 S//Robert Mitchell_____          DATED:   __2-6-09_____
Robert Mitchell (WSBN 37444)
Attorney at Law, PLLC
901 N. Monroe Street, Ste 356
Spokane, WA  99201
Telephone: 509-327-2224
Facsimile: 509-327-3374
Email: bobmitchellaw@yahoo.com
Attorney for Plaintiff

//
//

MOTION AND ORDER OF DISMISSAL              2              Law Office of Robert Mitchell
901 N. Monroe, Suite 356
Spokane, WA  99201
(509) 327-2224    Fax 327-3374

Notice of presentment waived:


 S//Jeffrey Hasson                           DATED:   2-6-09
Jeffrey I. Hasson  (WSBN 23741)
Attorney at Law
Davenport & Hasson, LLP
12707 NE. Halsey Street
Portland, OR  97230
Telephone: 503-255-5352
Facsimile: 503-255-6124
Email: hasson@dhlaw.biz
Attorney for Defendants
Associated Credit Services, Inc., Jon Solberg,
David Solberg and Eric Solberg

Notice of presentment waived:


S//Gregory Lockwood (WSBN 20629)     DATED:   2-6-09
Gregory Lockwood, PLLC
522 W. Riverside
Suite 420
Spokane, WA  99201-0504
Telephone: 509-624-8200
Facsimile: 509-623-1491
Email: jgregorylockwood@hotmail.com
Attorney for Defendant Paul J. Wasson

MOTION AND ORDER OF DISMISSAL          3          Law Office of Robert Mitchell
                                                  901 N. Monroe, Suite 356
                                                  Spokane, WA  99201
                                                  (509) 327-2224     Fax 327-3374

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2009, I electronically filed the foregoing (Motion to Dismiss) with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**ASSOCIATED CREDIT SERVICES, INC., JON SOLBERG, DAVID SOLBERG AND ERIC SOLBERG**, through their attorney: **JEFFREY HASSON** at: Davenport & Hasson, LLP, 12707 NE. Halsey Street, Portland, OR., 97230, 503-255-5352, hasson@dhlaw.biz; and

**PAUL J. WASSON**, through his attorney: **GREGORY LOCKWOOD**, PLLC, 522 W. Riverside, Suite 420, Spokane, WA., 99201-0504, 509-624-8200, 509-623-1491, jgregorylockwood@hotmail.com.


Dated this ___24th___ day of November, 2008.

Respectfully submitted,


S/ Robert Mitchell
ROBERT MITCHELL (WSBN 37444)
ATTORNEY AT LAW, PLLC
901 North Monroe Street, Ste 251
Spokane, Washington  99201
Telephone: (509) 327-2224
Facsimile: (509) 327-3374
E-mail: bobmitchellaw@yahoo.com

MOTION AND ORDER OF DISMISSAL          4

Law Office of Robert Mitchell
901 N. Monroe, Suite 356
Spokane, WA  99201
(509) 327-2224    Fax 327-3374